UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KRYSTAL ESTORGA,<br>  also known as "Krystal Ramirez" | No. 24 CR 619<br><br>Violation: Title 21, United States Code, Section 846 |

## INDICTMENT

### COUNT ONE

1:24-cr-00619
Judge John F. Kness
Magistrate Judge Young B. Kim
RANDOM / Cat. 4

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

Beginning no later than on or about April 17, 2023, and continuing until at least on or about April 22, 2023, at Forest Park, in the Northern District of Illinois, Eastern Division, and elsewhere,

KRYSTAL ESTORGA,
also known as "Krystal Ramirez,"

defendant herein, did conspire with Individual F, and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about April 22, 2023, at Forest Park, in the Northern District of Illinois, Eastern Division, and elsewhere,

KRYSTAL ESTORGA,
also known as "Krystal Ramirez,"

defendant herein, did attempt to knowingly and intentionally distribute a controlled substance, namely, 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2023 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Section 846, as set forth in this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and to facilitate commission of the offense, as provided in Title 21, United States Code, Section 853(a).

2. The property to be forfeited includes, but is not limited to, a money judgment.

3. If any of the property described above, as a result of any act or omission by defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States, Code Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY